IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SYLVIA BAKER,

    Defendant.                         No. 14-CR-30180-DRH-1

<u>**ORDER**</u>

**HERNDON, District Judge:**

    Upon motion of the United States of America (Doc. 89), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Garnishment on University Of Missouri - St Louis in this cause be and the same is hereby DISMISSED, without prejudice. The duplicate pleading, apparently filed in error, at Doc. 88 is MOOT.

    **IT IS SO ORDERED.**

    Signed this 9th day of October, 2016.

*David R Herndon*    Judge Herndon
    2016.10.09
    07:38:09 -05'00'

**United States District Judge**